McCARTHY & HOLTHUS, LLP
Gayle E. Jameson (SBN 207050)
Rebecca L. Lang (SBN 249234)
Jessica L. Partridge (SBN 260045)
1770 Fourth Avenue
San Diego, California 92101
Phone: (619) 916-3474
Facsimile: (619) 243-1979

Attorneys for Plaintiff,
LNV Corporation

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LNV Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>David Burdette et a;<br><br>    Defendant | **3:12-cv-02544-EDL**<br><br>**STIPULATION TO REMAND THE UNLAWFUL DETAINER ACTION TO STATE COURT AND [PROPOSED] ORDER** |

///
///
///

1  IT IS STIPULATED by and between the parties that the instant Unlawful
2  Detainer Case filed by Plaintiff LNV Corporation on February 7, 2012 and removed
3  to Federal Court by the Defendant, Cheryl Ann Miles, on May 17, 2012, be
4  immediately REMANDED to the Superior Court of Napa County, Napa Historical
5  Courthouse. Facsimile signatures are same as original and parties agree signing in
6  counterparts is acceptable.

By: [signature]  Date: 6-14-2012
Rebecca Lang, Attorney for Plaintiff

By: [signature]  Date: 6/12/12
Cheryl Ann Miles, Defendant

By: [signature]  Date: 6/12/12
David Burdette, Defendant

By: [signature] NBurdette  Date: 6.13.12
Nazahah Burdette, Defendant

**By Fax**

IT IS SO ORDERED that the instant Unlawful Detainer Case be forthwith REMANDED TO THE SUPERIOR COURT, NAPA VALLEY, NAPA HISTORICAL COURTHOUSE.

Date: June 14, 2012

[signature: Elizabeth D. Laporte]
United States District Judge
Elizabeth D. Laporte

McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
1770 FOURTH AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4810

2
STIPULATION TO REMAND THE UNLAWFUL DETAINER ACTION
TO STATE COURT AND [PROPOSED] ORDER